FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0116

_____

PF2 LEASING, LLC,

     Intervenor and Appellant,

vs.

JIM GALIPEAU,

     Receiver and Appellee.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2021